**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WAYNE SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>SECRETARY OF CDCR, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:11-cv-00835-GBC (PC)<br><br>ORDER STRIKING AMENDED COMPLAINT AS UNSIGNED<br><br>Doc. 10<br><br>SIGNED AMENDED COMPLAINT DUE IN THIRTY DAYS |

On May 23, 2011, Plaintiff Frederick Wayne Smith ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On April 3, 2012, the Court issued a screening order, dismissing Plaintiff's complaint for failure to state a claim upon which relief may be granted, with leave to amend. Doc. 9. On May 8, 2012, Plaintiff filed an unsigned amended complaint. Doc. 10. The Court must strike unsigned filings. Fed. R. Civ. P. 11(a).

The Court will grant Plaintiff an additional opportunity to file a signed amended complaint. However, Plaintiff is cautioned that pursuant to Local Rule 220, every pleading shall be <u>complete in itself without reference to the prior or superseded pleading</u>. The signed complaint must be **complete in itself**. <u>The Court does not accept piecemeal complaints</u>.

//

//

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's unsigned amended complaint, filed May 8, 2012, is STRICKEN, as unsigned;

2. The Clerk's Office shall send Plaintiff a complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a signed amended complaint, **which is complete in itself, and does not refer to any other pleadings**; and

4. If Plaintiff fails to submit a signed amended complaint within thirty (30) days, the Court will dismiss this action, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated:   December 17, 2012

UNITED STATES MAGISTRATE JUDGE