# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WAYNE SMITH,<br><br>            Plaintiff,<br><br>      vs.<br><br>SECRETARU OF CDCR, et al.,<br><br>            Defendants. | )  1:11cv00835 DLB PC<br>)<br>)  ORDER TO SHOW CAUSE WHY<br>)  ACTION SHOULD NOT BE<br>)  DISMISSED FOR FAILURE TO<br>)  FOLLOW A COURT ORDER<br>)<br>)  <u>THIRTY-DAY RESPONSE DEADLINE</u><br>)<br>) |

      Plaintiff Frederick Wayne Smith ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action filed on May 23, 2011.[1] On April 3, 2012, Plaintiff filed an amended complaint pursuant to Court order.  On December 18, 2012, the Court struck the amended complaint as unsigned and ordered Plaintiff to submit a signed, amended complaint within 30 days.  Over 30 days have passed and Plaintiff has not complied with this order.

      Plaintiff is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow the Court's December 18, 2012, order.  Plaintiff must file a

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on October 11, 2011.

1

response to this order within thirty (30) days of the date of service of this order.  Plaintiff may also comply with this order by filing a signed, amended complaint.

<u>Failure to follow this order will result in a dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **February 4, 2013**                            /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE