1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 ## EASTERN DISTRICT OF CALIFORNIA

8

9

10

11 FREDERICK WAYNE SMITH,

12             Plaintiff,

13     vs.

14 SECRETARY OF CDCR, et al.,

15             Defendants.

16

17 _____

)   1:11cv00835 DLB PC
)
)   ORDER DISCHARING
)   ORDER TO SHOW CAUSE
)   (Document 14)
)
)   ORDER GRANTING PLAINTIFF
)   EXTENTION OF TIME TO FILE <u>SIGNED</u>
)   AMENDED COMPLAINT
)
    <u>THIRTY-DAY RESPONSE DEADLINE</u>

18      Plaintiff Frederick Wayne Smith ("Plaintiff") is a prisoner proceeding pro se and in

19 forma pauperis in this civil rights action filed on May 23, 2011.[1]  On February 4, 2013, the Court

20 issued an Order to Show Cause why the action should not be dismissed for Plaintiff's failure to

21 follow the Court's December 18, 2012, order.

22      On February 25, 2013, Plaintiff filed a response to the Order to Show Cause.  He explains

23 that he was without his legal property due to his placement in Administrative Segregation, and

24 that he did not receive the Court's December 18, 2012, order until February 14, 2013.

25 Accordingly, the Order to Show Cause is DISCHARGED.

26

27

28 _____

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on October 11, 2011.

Plaintiff is GRANTED an additional thirty (30) days to comply with the December 18, 2012, order.  He must therefore submit a signed version of the May 8, 2012, amended complaint within thirty (30) days of the date of service of this order.[2]

IT IS SO ORDERED.

Dated:   **February 26, 2013**              /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff indicates that he "can't respond without counsel."  However, at this juncture, the Court is only requiring that he sign the amended complaint previously filed on May 8, 2012.

2